

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00592-CV

Thelma **ARANDA**,
Appellant

v.

Ruben **QUESADA**, Jr.,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-12-00427CVF
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Sandee Bryan Marion, Justice

Delivered and Filed: January 15, 2014

DISMISSED FOR WANT OF PROSECUTION

 By order dated October 29, 2013, appellant was ordered to file a brief in compliance with Rule 38.1 of the Texas Rules of Appellate Procedure no later than December 2, 2013. Neither a brief nor a motion for extension of time was filed by that date. Accordingly, on December 9, 2013, appellant was ordered to show cause in writing why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant's response to the order was due to be filed by

December 27, 2013.  No response was filed.  Therefore, this appeal is dismissed for want of prosecution. *Id*.

PER CURIAM